# EXHIBIT A

| Subject Design | Infringing Garment |
|---|---|
| TPR-2945 | LC25128446-P620 |



| Detail | Detail |

| Subject Design | Infringing Garment |
|---|---|
| SH0212 | LC61241699-P620 |



| Subject Design | Infringing Garment |
|---|---|
| TPR-2434 | LC25127149-P6 |



Detail

Detail



| Subject Design | Infringing Garment |
|---|---|
| GB190 | LC6118553-P920 |

| Subject Design | Infringing Garment |
|---|---|
| TPR-2130 | PL2511813-P1420 |



| Subject Design | Infringing Garment |
|---|---|





| Subject Design | Infringing Garment |
|---|---|
| TPR-3091 | PL2513055-P10320 |
| Detail | Detail |

| Subject Design | Infringing Garment |
|---|---|
| TPR-2745 | PL2512205-P920 |



Detail