AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION        ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court - Central District of California |
|---|---|
| DOCKET NO.<br>2:26-cv-07893 | DATE FILED<br>7/18/2026 | 350 W. 1st Street<br>Los Angeles, California 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| HNL FASHION, INC. | SHEWIN INC., et al. |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VAu 1-506-197 | TPR-2945 | HNL FASHION, INC. |
| 2  VAu 1-443-575 | SH0212 | HNL FASHION, INC. |
| 3  VAu 1-475-354 | TPR-2434 | HNL FASHION, INC. |
| 4  VAu 1-466-125 | GB190 | HNL FASHION, INC. |
| 5  VAu 1-466-126 | TPR-2130 | HNL FASHION, INC. |
| 6  VAu 1-506-103 | TPR-3091 | HNL FASHION, INC. |
| 7  VAu 1-494-003 | TPR-2745 | HNL FASHION, INC. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:     1) Upon initiation of action,          2) Upon filing of document adding copyright(s),     3) Upon termination of action,
                        mail copy to Register of Copyrights         mail copy to Register of Copyrights              mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court                    5) Case File Copy